IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FOOD SCIENCES CORPORATION d/b/a ROBARD CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>WILLIAM M. NAGLER,<br><br>       Defendant. | HON. JEROME B. SIMANDLE<br><br>Civil No. 09-1798 (JBS)<br><br>**ORDER** |

This matter having come before the Court upon Plaintiff's motion to file an amended complaint in response to this Court's dismissal of the original Complaint [Docket Item 43]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause;

IT IS this   **20th**   day of **October, 2010** hereby

ORDERED that this docket is **RE-OPENED** for further proceedings; and it is further

ORDERED that Plaintiff's motion is **GRANTED,** but the Amended Complaint shall not include claims arising from the operation of the post-disclaimer version of Dr. Nagler's website; and it is further

ORDERED that Plaintiff shall file its Amended Complaint consistent with today's Opinion and Order within fourteen (14) days of the entry of this Order.

                                         **s/ Jerome B. Simandle**
                                         JEROME B. SIMANDLE
                                         United States District Judge